U. S. DISTRICT COURT
Southern District of GA
Filed In Office
5:00 P.M
Aug 3, 2018
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: MAGISTRATE JUDGE MERIT SELECTION PANEL FOR THE APPOINTMENT OF THE FULL-TIME UNITED STATES MAGISTRATE JUDGE IN SAVANNAH, GEORGIA

MC418-009

It appearing to the Court that a Merit Selection Panel should be established to consider the appointment of the full-time United States Magistrate Judge's position in Savannah, Georgia, upon the retirement of the Honorable G. R. Smith. In accordance with the authority conferred in 18 U. S. C. 631, et seq., and pursuant to the rules for the appointment of a United States Magistrate Judge, and further authority granted and actions taken by the Judicial Conference of the United States,

**IT IS ORDERED** that the following members of this community shall be and are hereby appointed as members of the Merit Selection Panel to consider applications received and make recommendations to the Court for the appointment of the United States Magistrate Judge in Savannah, Georgia.

  Mr. Alex L. Zipperer, Chairman
  Mr. John B. Manly
  Mr. John J. Ossick, Jr.
  Mr. Daniel Brent Snipes
  Mr. John "Jay" Neely
  Ms. Sandra Best
  Mrs. Ruth Young

The Clerk shall provide a copy of this order by mail to each panel member. Any expenses incurred by such members in fulfilling their duties hereunder shall be reimbursed by the Clerk. A proposed timetable shall be provided to the panel.

SO ORDERED, this 3rd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA