IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG -7 AM 10: 17
CLERK_____
SO. DIST. OF GA.

IN RE: MAGISTRATE JUDGE MERIT SELECTION )
PANEL FOR THE APPOINTMENT OF THE )
FULL-TIME UNITED STATES MAGISTRATE ) MC418-009
JUDGE IN SAVANNAH, GEORGIA )

On August 3, 2018 a Merit Selection Panel was established by this court to consider the appointment of the full-time United States Magistrate Judge's position in Savannah, Georgia, upon the retirement of the Honorable G. R. Smith..

IT IS FURTHER ORDERED that pursuant to Judicial Conference policy, the members of the selection panel are hereby notified that they are restricted from applying for magistrate judge positions until one year has elapsed since the member has served on a panel. The Clerk shall provide a copy of this order by mail to each panel member.

SO ORDERED, this 7th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA